NEMECEK & COLE
A PROFESSIONAL CORPORATION
15260 VENTURA BOULEVARD, SUITE 920, SHERMAN OAKS, CALIFORNIA 91403-5344
TELEPHONE (818) 788-9500   FACSIMILE (818) 501-0328

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RIE, an individual dba EAST WEST INSTITUTE,<br><br>Plaintiff,<br><br>vs.<br><br>RON S. GALPERIN, an individual dba LAW OFFICES OF RON S. GALPERIN; MARK WALTER, an individual; CORY CROSBY, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-08561 CAS (CWx)<br><br>[Proposed] **JUDGMENT** |

On June 15, 2009, the Court having granted the Motion to Dismiss of Defendant RON S. GALPERIN, an individual dba LAW OFFICES OF RON S. GALPERIN ("Defendant"), and having ordered Plaintiff JIN RIE, an individual dba EAST WEST INSTITUTE to pay monetary sanctions to Defendant in the amount of Twenty Five Thousand Dollars ($25,000.00), Judgment is hereby entered in favor of Defendant and against Plaintiff. Plaintiff shall recover nothing from Defendant. Plaintiff shall pay Defendant the sum of $25,000.00.

Date:_August 14, 2009

_/s/ Christina A. Snyder_
HON. CHRISTINA A. SNYDER
UNITES STATES DISTRICT JUDGE